**No. 26-2099**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

CHANNEL 781 NEWS,

Plaintiff-Appellant,

v.

WALTHAM COMMUNITY ACCESS CORPORATION,

Defendant-Appellee.

---

On Appeal from the United States District Court
for the District of Massachusetts
Case No. 1:24-cv-11927-PBS
Hon. Patti B. Saris, Presiding

---

# PLAINTIFF-APPELLANT CHANNEL 781 NEWS'S CONSENT MOTION FOR A 45-DAY EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX

---

Betelhem Z. Gedlu
Mitchell L. Stoltz
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333
Email: betty@eff.org; mitch@eff.org

*Attorneys for Plaintiff-Appellant*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Plaintiff-Appellant Channel 781 News states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

/s/ Betelhem Z. Gedlu
Betelhem Z. Gedlu

*Counsel for Plaintiff-Appellant*

Plaintiff-Appellant Channel 781 News ("Channel 781") respectfully moves this Court, pursuant to Federal Rules of Appellate Procedure 27 and 31, for a 45-day extension of time to file its Opening Brief and Appendix in this appeal. Under the existing schedule, Channel 781's Opening Brief and Appendix are due on November 23, 2026. Channel 781 requests that the Court extend this deadline by 45 days, to January 7, 2027.

Counsel for Defendant-Appellee Waltham Community Access Corporation ("WCAC") has informed undersigned counsel that Defendant-Appellee consents to the requested extension.

## BACKGROUND

This appeal presents an important question of first impression in this Circuit regarding the standard for liability under Section 512(f) of the Digital Millennium Copyright Act (DMCA).

Plaintiff-Appellant Channel 781 is a group of citizen journalists. Channel 781 posted portions of Defendant-Appellee WCAC's recordings of city government meetings as part of its own coverage of local affairs. WCAC sent multiple copyright takedown notices to YouTube, resulting in Channel 781's account being disabled, and its content hidden from view.

Channel 781 contends that WCAC is liable under 17 U.S.C. § 512(f) because WCAC did not in good faith consider whether Channel 781's videos were fair use before sending infringement notices to YouTube. The district court granted Defendant-Appellee's motion for summary judgement and denied Plaintiff-Appellant's cross-motion for summary judgement. This appeal followed.

**ARGUMENT**

Plaintiff-Appellant respectfully requests a 45-day extension of time to file their Opening Brief and Appendix, up to and including January 7, 2027. The undersigned counsel are working diligently to prepare the Opening Brief and compile the Appendix. However, they require more time to fully brief this important issue of first impression. In addition, counsel have significant family commitments during the upcoming holiday season, including some that necessitate international travel. The requested extension will allow counsel sufficient time to complete the necessary research, briefing, and preparation of the Appendix while accommodating these commitments.

Defendant-Appellee WCAC will not be prejudiced by the requested extension as WCAC has consented to the extension.

## CONCLUSION

For the reasons stated above, Plaintiff-Appellant respectfully requests that this Court grant a 45-day extension of time to file the Opening Brief and Appendix in this appeal, up to and including January 7, 2027.

Respectfully submitted,

/s/ Betelhem Z. Gedlu
Betelhem Z. Gedlu
Mitchell L. Stoltz
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333
Email: betty@eff.org; mitch@eff.org

*Counsel for Plaintiff-Appellant*
*Channel 781 News*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing Plaintiff-Appellant's consent motion for a 45-day extension of the briefing schedule in this appeal with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Betelhem Z. Gedlu
Betelhem Z. Gedlu

*Counsel for Plaintiff-Appellant*
*Channel 781 News*