# United States Court of Appeals
## For the First Circuit

---

No. 26-2099

CHANNEL 781 NEWS,

Plaintiff - Appellant,

v.

WALTHAM COMMUNITY ACCESS CORPORATION,

Defendant - Appellee.

---

**ORDER OF COURT**

Entered: October 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Channel 781 News to file a brief and appendix be enlarged to and including **January 7, 2027**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Betelhem Zewge Gedlu
Rebecca Lecaroz
Jeffrey J. Pyle
Mitchell Leff Stoltz